NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PETER A. ALBERT and KAREN P. ALBERT,            )
                                                )
                                                )
             Appellants,                        )
                                                )
v.                                              )     Case No. 2D18-1291
                                                )
ABS REO TRUST, II,,                             )
                                                )
             Appellee.                          )
_____ )

Opinion filed January 2, 2019.

Appeal from the Circuit Court for Highlands
County; Larry Helms, Judge.

Scott R. LeConey of Ables, Craig &
LeConey, PLC, Sebring, for Appellants.

Sarah T. Weitz of Weitz & Schwartz, P.A.,
Fort Lauderdale, for Appellee.

PER CURIAM.

             Affirmed.

VILLANTI, LUCAS, and SALARIO, JJ., Concur.